

**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** STATE OF MARYLAND STATE TREASURER
STATE TREASURER, NANCY KNOPP
80 CALVERT STREET
ROOM 109
BALTIMORE, MD 21201

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.

Issue Date: 6/23/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY, MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** STATE OF MARYLAND
ATTORNEY GENERAL BRIAN FROSH
200 ST. PAUL PLACE
BALTIMORE, MD 21202

Case Number: C-19-CV-20-000089
Other Reference Number(s):

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** MARYLAND HIGHER EDUCATION COMMISSION
MD ATTORNEY GENERAL, CONSUMER PROTECTION
DIVISION
200 ST. PAUL STREET
BALTIMORE, MD 21202

         **Case Number:**         C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*

Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** STATE OF MARYLAND MD GENERAL ASSEMBLY/MD
HOUSE SPEAKER- HON. ADRIENNE A. JONES AND ALL
OTHER MEMBERS KNOWN AND UNKNOWN
90 STATE CIRCLE
ANNAPOLIS, MD 21401-1925

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*

Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** DEPARTMENT OF BUDGET & MANAGEMENT CENTRAL
COLLECTIONS UNIT
300 W. PRESTON STREET
BALTIMORE, MD 21201

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 06/2019)   Page 1 of 2   06/23/2020 1:57 PM



**CIRCUIT COURT FOR SOMERSET COUNTY**  Main: 410-845-4840
**MARYLAND** Fax: 410-845-4842
30512 Prince William Street
Princess Anne, Maryland 21853

**To:** OFFICE OF THE SECRETARY
MARYLAND STATE DEPARTMENT OF EDUCATION
200 WEST BALTIMORE ST
BALTIMORE, MD 21201-2595

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*

Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**CC-CV-032 (Rev. 06/2019)**  Page 1 of 2  06/23/2020 1:55 PM



**CIRCUIT COURT FOR SOMERSET COUNTY** Main: 410-845-4840
**MARYLAND** Fax: 410-845-4842
30512 Prince William Street
Princess Anne, Maryland 21853

**To:** ASSOCIATE DIRECTOR OF CAREER AND WORKFORCE
EDUCATION MARYLAND HIGHER EDUCATION
COMMISSION
200 WEST BALTIMORE STREET
BALTIMORE, MD 21201-2595

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**CC-CV-032 (Rev. 06/2019)**     Page 1 of 2     06/23/2020 1:55 PM



CIRCUIT COURT FOR SOMERSET COUNTY
MARYLAND
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** UNIVERSITY OF MARYLAND-COLLEGE PARK
UNIVERSITY SYSTEM OF MARYLAND
ATTN: BOARD OF REGENTS AND BOARD OF TRUSTEES
1101 MAIN ADMINISTRATION BLDG.
COLLEGE PARK, MD 20742

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

# WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** STATE OF MARYLAND
LARRY HOGAN, GOVENOR OF MD
100 STATE CIRCLE
ANNAPOLIS, MD 21401-1925

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*

Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

CC-CV-032 (Rev. 06/2019)    Page 1 of 2    06/23/2020 1:54 PM



**CIRCUIT COURT FOR SOMERSET COUNTY** Main: 410-845-4840
**MARYLAND** Fax: 410-845-4842
30512 Prince William Street
Princess Anne, Maryland 21853

**To:** STATE OF MARYLAND UNIVERSITY OF MD COLLEGE
PARK OFFICE OF THE GENERAL COUNSEL
2117 SENECA BLDG
COLLEGE PARK, MD 20742

                                      **Case Number:**        C-19-CV-20-000089
                        **Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

                                                                 Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
    Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
    Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

Case 1:20-cv-02213-CCB Document 1-2 Filed 07/29/20 Page 10 of 14



**CIRCUIT COURT FOR SOMERSET COUNTY** Main: 410-845-4840
**MARYLAND** Fax: 410-845-4842
30512 Prince William Street
Princess Anne, Maryland 21853

**To:** UNIVERSITY OF MD COLLEGE PARK UNIVERSITY
SYSTEM OF MARYLAND
HON. WALLACE LOH, PRESIDENT AND/OR SUCCESSOR
DARRYLL J. PINES
1101 MAIN ADMINISTRATION BLDG.
COLLEGE PARK, MD 20742

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY**    Main: 410-845-4840
**MARYLAND**    Fax: 410-845-4842
30512 Prince William Street
Princess Anne, Maryland 21853

**To:** UNIVERSITY OF MD-COLLEGE PARK OMBUDSMAN
OFFICER HON. MARK A. SHAYMAN
2117 SENECA BLDG.
COLLEGE PARK, MD 20742

           **Case Number:**    C-19-CV-20-000089
       **Other Reference Number(s):**

JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.

                                                                 Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).

**CC-CV-032 (Rev. 06/2019)**            Page 1 of 2            06/23/2020 1:56 PM



**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** OFFICE OF THE PRESIDENT-UMES/MD HBCU DR. HEIDI
M. ANDERSON, PRESIDENT
11868 COLLEGE BACKBONE ROAD
PRINCESS ANNE, MD 21853-1299

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD  21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*
Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).



**CIRCUIT COURT FOR SOMERSET COUNTY**
**MARYLAND**
30512 Prince William Street
Princess Anne, Maryland 21853

Main: 410-845-4840
Fax: 410-845-4842

**To:** UNIVERSITY OF MD-COLLEGE PARK
OFFICE OF CIVIL RIGHTS & SEXUAL MISCONDUCT
3101 SUSQUEHANNA HALL
4200 LEHIGH ROAD
COLLEGE PARK, MD 20742

**Case Number:** C-19-CV-20-000089
**Other Reference Number(s):**

**JANE DOE, ET AL. VS. STATE OF MARYLAND, ET AL.**

Issue Date: 6/23/2020

## WRIT OF SUMMONS

You are hereby summoned to file a written response by pleading or motion, within 30 days after service of this summons upon you, in this Court, to the attached complaint filed by:

JANE DOE
4109 Cutty Sark Road
MIDDLE RIVER, MD 21220

This summons is effective for service only if served within 60 days after the date it is issued.

*Charles T. Horner*

Charles T. Horner
Clerk of the Circuit Court

To the person summoned:
Failure to file a response within the time allowed may result in a judgment by default or the granting of the relief sought against you.
Personal attendance in court on the day named is NOT required.

Instructions for Service:

1. This summons is effective for service only if served within 60 days after the date issued.
2. Proof of Service shall set out the name of the person served, date and the particular place and manner of service. If service is not made, please state the reasons.
3. Return of served or unserved process shall be made promptly and in accordance with Maryland Rule 2-126.
4. If this notice is served by private process, process server shall file a separate affidavit as required by Maryland Rule 2-126(a).